

ORIGINAL

**FILED**

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0268

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0268

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHRIS ARTHUR CHRISTENSEN,

    Defendant and Appellant.

FILED

MAR 17 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

Pursuant to our Order of February 5, 2020, this cause was classified for oral argument on Friday, April 3, 2020, at 9:30 a.m. at the George Dennison Theatre, University of Montana, Missoula, Montana. Due to unforeseen circumstances in the operations on the University of Montana campus, the venue for the oral argument has been changed.

IT IS HEREBY ORDERED that this cause is set for argument on Friday, April 3, 2020, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana. No introduction will be given.

IT IS FURTHER ORDERED that no spectators will be allowed in the courtroom. The argument will be live-streamed and can be accessed through the Court's website at http://stream.vision.net/MT-JUD/.

The Clerk is directed to provide a copy of this Order to all counsel of record; to Dean Paul Kirgis, Alexander Blewett III School of Law, University of Montana; to Christina Tin, Director of Communication and Events, Alexander Blewett III School of Law, University of Montana; to John Mudd, Executive Director, State Bar of Montana; and to the Honorable Howard Recht, District Judge.

DATED this 17th day of March, 2020.

For the Court,

By _____
                Chief Justice